IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER W. RICHARD                                                                    PLAINTIFF

v.                                         Case No. 6:24-cv-06159

HOT SPRINGS CITY POLICE
DEPT; MICHAEL JEFFREY; and
LIEUTENANT SHAWN STAPLETON                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 14, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to comply with the Court's Order to file an Amended Complaint.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1). should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge